1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JEFFREY A. SPIVAK
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000

5  Attorneys for Plaintiff

6

7                UNITED STATES DISTRICT COURT

8                EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          Case No. 5:21-po-00501-JLT

11                Plaintiff,

                                       MOTION AND [PROPOSED] ORDER FOR
12  v.                                 DISMISSAL WITHOUT PREJUDICE

13  JERRY HARTER,

14                Defendant.

15

16

17        The United States of America, by and through Phillip A. Talbert, Acting United States Attorney,

18  and Jeffrey A. Spivak, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of

19  Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice.

20
    DATED:  September 13, 2021              Respectfully submitted,
21
                                           PHILLIP A. TALBERT
22                                         Acting United States Attorney

23                              By:    /s/ Jeffrey A. Spivak
                                       JEFFREY A. SPIVAK
24                                     Assistant U.S. Attorney

25

26

27

28
                                           1

1

**ORDER**

2        IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice.

3    IT IS SO ORDERED.

4        Dated:    **September 13, 2021**                    **/s/ Jennifer L. Thurston**

5                                   CHIEF UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28